

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Naveen Prathipati,

    Defendant.

Criminal No. 19-cr-20024

Hon. Gershwin A. Drain

---

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

---

I, Naveen Prathipati, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One**: Up to 5 years imprisonment and a maximum fine of $250,000.

_____
Naveen Prathipati
Defendant

Dated: 2/4/19

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Counsel for Defendant

Dated: 02/04/19