United States District Court
Eastern District of Michigan
Southern Division

United States of America,

    Plaintiff,

v.

Naveen Prathipati,

    Defendant.

Case No. 2:19-cr-20024

Honorable Gershwin A. Drain

### First Forfeiture Bill of Particulars

The United States, by and through its counsel, submits this First Forfeiture Bill of Particulars, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure to supplement and clarify the forfeiture allegations contained in the Indictment and to provide notice of specific property the government intends to forfeit upon conviction.

The allegations set forth in the Indictment are re-alleged and incorporated herein by this reference for the purpose of providing notice of the forfeiture allegations contained in the Indictment, pursuant to Federal Rule of Criminal Procedure 32.2(a) and 18 U.S.C. § 982(a)(6), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).  Upon being convicted of violating 18 U.S.C. § 371, as charged

in Count One of the Indictment, Defendant Naveen Prathipati shall forfeit to the United States any property which constitutes, or is derived from, proceeds obtained directly or indirectly as a result of such violations, pursuant to 18 U.S.C. § 982(a)(6) and/or 18 U.S.C. § 981(a)(1)(C), together with 28, U.S.C. § 2461, including a forfeiture money judgment in the amount of $7,500.00 against Defendant in favor of the United States, representing the total amount of proceeds obtained as a result of such violations.

This Forfeiture Bill of Particulars is also filed to comply with the provisions of 18 U.S.C. § 983(a)(3), and the government reserves its right to file a civil forfeiture complaint regarding the identified property, if necessary, at the conclusion of this criminal action.

This notice does not limit the government from seeking the forfeiture of additional specific property, including substitute assets.

Respectfully submitted,

Matthew Schneider
United States Attorney

S/Michael El-Zein
Michael El-Zein (P79182)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9770
Michael.El-Zein@usdoj.gov

Dated: May 7, 2019

## Certification of Service

I hereby certify that on May 7, 2019, the foregoing document filed with the Clerk of the Court using the ECF system, which will electronically serve all ECF participants.

                                        S/Michael El-Zein
                                        Michael El-Zein (P79182)
                                        Assistant U.S. Attorney
                                        211 W. Fort Street, Ste. 2001
                                        Detroit, Michigan 48226
                                        (313) 226-9770
                                        Michael.El-Zein@usdoj.gov